■ CRANE-HOGAN STRUCTURAL SYSTEMS, INC., Appellant, v BOARD OF CONTRACT AND SUPPLY OF THE CITY OF UTICA et al., Respondents.—Appeal unanimously dismissed without costs as moot. Memorandum: Petitioner, an unsuccessful bidder, commenced this CPLR article 78 proceeding for an order vacating the award of a public contract to another bidder and staying further performance on the contract. Supreme Court dismissed the petition. Petitioner's application for a stay was denied by this court. The parties during oral argument agreed that the contract had been substantially completed; therefore, the appeal is dismissed as moot *(see, Matter of Bush Term. Roofing & Contr. v Board of Educ.,* 91 AD2d 662; *see also, Matter of Lewis Tree Serv. v Fire Dept.,* 66 NY2d 667, 669; *Barrett Foods Corp. v New York City Bd. of Educ.,* 144 AD2d 410, 411). We note that the exceptions to application of the mootness doctrine do not apply in this case *(see generally, Matter of Hearst Corp. v Clyne,* 50 NY2d 707; 7 Weinstein-Korn-Miller, NY Civ Prac ¶ 5522.08). (Appeal from judgment of Supreme Court, Oneida County, Parker, J.—art 78.) Present —Dillon, P. J., Denman, Green, Balio and Davis, JJ.